

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00823-CV

Joel M. **HAILEY**,
Appellant

v.

Joseph **PADUH** III, Temporary Administrator of the Estate of Joe Perry Corzine, Deceased, and
Stephen P. Takas Jr., Trustee of the Joe Perry Corzine Trust, and
Successor Independent Executor of the Estate of James L. Corzine, Deceased,
Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-0856A
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED as to the portion of the summary judgment in favor of Joseph Paduh III, Temporary Administrator of the Estate of Joe Perry Corzine, Deceased, and Stephen P. Takas Jr., Trustee of the Joe Perry Corzine Trust, and Successor Independent Executor of the Estate of James L. Corzine, Deceased, that declares the order approving the section 1162.001 trust, and the orders emanating directly from that order, null and void. The trial court's judgment is REVERSED as to the portion of the summary judgment in favor of Joseph Paduh III, Temporary Administrator of the Estate of Joe Perry Corzine, Deceased, and Stephen P. Takas Jr., Trustee of the Joe Perry Corzine Trust, and Successor Independent Executor of the Estate of James L. Corzine, Deceased, that declares the order appointing Hailey as guardian, and the orders emanating directly therefrom, null and void, and judgment is RENDERED in favor of Joel M. Hailey as to those orders.

We order that each party bear their own costs of this appeal, if any.

SIGNED May 7, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice